Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

**DISTRICT OF** *CONNECTICUT*

| Name of Debtor (if individual, enter Last, First, Middle): *J. Frederick Construction Inc., a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *06-1400954* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): *71 Commerce Drive Brookfield CT* ZIPCODE *06804* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: *Fairfield* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *P.O. Box 690 Brookfield CT* ZIPCODE *06804* | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**

(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Official Form 1 (1/08)** FORM B1, Page 2

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **J. Frederick Construction Inc., a Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b><br>_____<br>Signature of Attorney for Debtor(s)     Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                          FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **J. Frederick Construction Inc.,** |
| | **a Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** **/s/ James M. Nugent**
Signature of Attorney for Debtor(s)

**James M. Nugent ct08822**
Printed Name of Attorney for Debtor(s)

**Harlow, Adams & Friedman, P.C.**
Firm Name

**300 Bic Drive**
Address

**Milford CT  06461**

**(203) 878-0661**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Yvonne Hermina Biebel**
Signature of Authorized Individual

**Yvonne Hermina Biebel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *J. Frederick Construction Inc.,*
    *a Corporation*

Case No.
Chapter    *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets                        $    *139,310.90*

   b. Total debts (including debts listed in 2.c., below)  $    *1,275,784.14*

   c. Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

   d. Number of shares of preferred stock        *NONE*        *NONE*

   e. Number of shares of common stock         *NONE*        *NONE*

      Comments, if any:
      *NONE*

3. Brief description of debtor's business:
     *Construction*

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
     *Yvonne Hermina Biebel*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re   *J. Frederick Construction Inc.*                                       Case No.
         *a  Corporation*                                                       Chapter  *11*

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br><br>*Big Show Construction*<br>*231 West 29th Street #504*<br>*New York NY   10001* | Phone:<br><br>*Big Show Construction*<br>*231 West 29th Street #504*<br>*New York NY   10001* | | D | $ 406,889.00 |
| 2<br><br>*The Chapin & Bangs Co.*<br>*165 River Street*<br>*P.O. Box 1117*<br>*Bridgeport CT   06601-1117* | Phone:<br><br>*The Chapin & Bangs Co.*<br>*165 River Street*<br>*P.O. Box 1117*<br>*Bridgeport CT   06601-1117* | | | $ 248,171.04 |
| 3<br><br>*Internal Revenue Service*<br>*P.O. Box 21126*<br>*Philadelphia PA   19114-0326* | Phone:<br><br>*Internal Revenue Service*<br>*P.O. Box 21126*<br>*Philadelphia PA   19114-0326* | Value:<br>Net Unsecured: | | $ 218,000.00<br><br>$ 0.00<br>$ 218,000.00 |
| 4<br><br>*Westrock Development, LLC*<br>*656 Central Park Avenue*<br>*Yonkers NY   10704* | Phone:<br><br>*Westrock Development, LLC*<br>*656 Central Park Avenue*<br>*Yonkers NY   10704* | | | $ 49,097.97 |
| 5<br><br>*Mariano Brothers Specialty Mov*<br>*5 Paul Street*<br>*Bethel CT   06801* | Phone:<br><br>*Mariano Brothers Specialty Mov*<br>*5 Paul Street*<br>*Brookfield CT   06804* | | D | $ 44,278.20 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Hadco Trade Metal, Inc.<br>104-20 Merrick Blvd.<br>Jamaica NY  11433-1704 | Phone:<br>Hadco Trade Metal, Inc.<br>104-20 Merrick Blvd.<br>Jamaica NY  11433-1704 | | D | $ 28,345.06 |
| 7<br>Lewis Copper & Brass Co.<br>69-60 79th Street<br>P.O. Box 67<br>Middle Village NY  11379 | Phone:<br>Lewis Copper & Brass Co.<br>69-60 79th Street<br>P.O. Box 67<br>Middle Village NY  11379 | | | $ 22,323.75 |
| 8<br>Airgas East<br>27 North Western Drive<br>Salem NH  03079 | Phone:<br>Airgas East<br>27 North Western Drive<br>Salem NH  03079 | | | $ 22,211.63 |
| 9<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | Phone:<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | 2008 Ford Taurus Wagon | | $ 20,992.47 |
| 10<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | Phone:<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | 2008 Ford F450 Truck | | $ 19,748.19 |
| 11<br>Ford Credit<br>P.O. Box 94380<br>Palatine IL  60094-4380 | Phone:<br>Ford Credit<br>P.O. Box 94380<br>Palatine IL  60094-4380 | 2008 Ford F250 Truck | | $ 19,517.83 |
| 12<br>Dependabel Glass Works, Inc.<br>509 East Gibson Street<br>P.O. Box 550<br>Covington LA  70434 | Phone:<br>Dependabel Glass Works, Inc.<br>509 East Gibson Street<br>P.O. Box 550<br>Covington LA  70434 | | | $ 12,987.38 |
| 13<br>Archer Engineering Co.<br>40 Laurel Hill Road<br>Brookfield CT  06804 | Phone:<br>Archer Engineering Co.<br>40 Laurel Hill Road<br>Brookfield CT  06804 | | | $ 12,207.66 |

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Exponent, Inc.<br>P.O. Box 200283<br>Dept. 002<br>Dallas TX  75320-0283 | Phone:<br>Exponent, Inc.<br>P.O. Box 200283<br>Dept. 002<br>Dallas TX  75320-0283 | | | $ 11,881.77 |
| 15<br>Fastenal Co.<br>10 Federal Road<br>Danbury CT  06810 | Phone:<br>Fastenal Co.<br>P.O. Box 1286<br>Winona MN  55987 | | | $ 9,868.25 |
| 16<br>Sullivan Logistics<br>20 Church Hill Road #2<br>Newtown CT  06470 | Phone:<br>Sullivan Logistics<br>20 Church Hill Road #2<br>Newtown CT  06470 | | D | $ 9,739.00 |
| 17<br>Travelers Insurance<br>CL Remittance  Center<br>Hartford CT  06183-1008 | Phone:<br>Travelers Insurance<br>CL Remittance  Center<br>Hartford CT  06183-1008 | | D | $ 8,982.00 |
| 18<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | Phone:<br>Ford Credit<br>P.O. BOx 94380<br>Palatine IL  60094-4380 | 2006 Ford F150 | | $ 6,435.57 |
| 19<br>Pristiage Restoration & Maint<br>37-27 9th Street<br>Long Island City NY  11101 | Phone:<br>Pristiage Restoration & Maint<br>37-27 9th Street<br>Long Island City NY  11101 | | | $ 5,581.31 |
| 20<br>Tri Lift, Inc.<br>P.O. Box 120247<br>East Haven CT  06512 | Phone:<br>Tri Lift, Inc.<br>P.O. Box 120247<br>East Haven CT  06512 | | | $ 5,321.26 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **Yvonne Hermina Biebel**                              , **President**                    of the **Corporation**                named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: **2/8/2010**              Signature **/s/ Yvonne Hermina Biebel**                                 
                        Name: **Yvonne Hermina Biebel**
                        Title: **President**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *J. Frederick Construction Inc.,*
     *a Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **James M. Nugent**

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Yvonne Hermina Biebel*<br>*28 Pumpkin Hill Lane*<br>*New Milford CT 06776* | *100* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Yvonne Hermina Biebel*_____, *President*_____ of the *corporation*_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.

Date: _____

Signature: */s/ Yvonne Hermina Biebel*_____

Name: *Yvonne Hermina Biebel*

Title: *President*

**FORM B6A (Official Form 6A) (12/07)**

In re _J. Frederick Construction Inc._                                         ,          Case No._____
                    Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6C (Official Form 6C) (12/07)

In re **J. Frederick Construction Inc.**_____,    Case No. _____
　　　　　　　　　Debtor(s)                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |
| | | **Subtotal:** $ 0.00 | $ 0.00 |
| | | **Total:** $0.00 | $0.00 |

Page No. __1__ of __1__

B6D (Official Form 6D) (12/07)

In re J. Frederick Construction Inc. _____ ,        Case No. _____
_____
**Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0954* <br><br> *Creditor # : 1* <br> *Internal Revenue Service* <br> *P.O. Box 21126* <br> *Philadelphia PA 19114-0326* | | | | | | **$ 218,000.00** | **$ 218,000.00** |
| | | Value: *$ 0.00* | | | | | |
| Account No: <br><br> *Creditor # : 2* <br> *Penn Stainless Products, Inc.* <br> *190 Kelly Road* <br> *Quakertown PA 18951* | | *2009* <br> *UCC-1* | | | | **$ 65,000.00** | **$ 0.00** |
| | | Value: *$ 0.00* | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ <br> (Total of this page) | **$ 283,000.00** | **$ 218,000.00** |
| | | | | | Total $ <br> (Use only on last page) | **$ 283,000.00** | **$ 218,000.00** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _J. Frederick Construction Inc._____,   Case No._____

Debtor(s)   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _J. Frederick Construction Inc._____ ,        Case No. _____
          **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  _K6-7_ <br><br> _Creditor # : 1_ <br> _Airgas East_ <br> _27 North Western Drive_ <br> _Salem NH 03079_ | | | _2009_ | | | | $ 22,211.63 |
| Account No: <br><br> _Creditor # : 2_ <br> _Archer Engineering Co._ <br> _40 Laurel Hill Road_ <br> _Brookfield CT 06804_ | | | _2003/2004_ | | | | $ 12,207.66 |
| Account No:  _2094_ <br><br> _Creditor # : 3_ <br> _AT&T_ <br> _P.O. Box 8110_ <br> _Aurora IL 60507-8110_ | | | _2009_ | | | | $ 385.55 |
| Account No:  _7168_ <br><br> _Creditor # : 4_ <br> _AT&T_ <br> _P.O. Box 8110_ <br> _Aurora IL 60507-8110_ | | | _2009_ | | | | $ 718.64 |

  _5_ continuation sheets attached                                              **Subtotal $**     $ 35,523.48

                                                         **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _J. Frederick Construction Inc._____ ,     Case No._____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> Big Show Construction <br> 231 West 29th Street #504 <br> New York NY 10001 | | | 2009 | | | X | $ 406,889.00 |
| Account No:   0761 <br> Creditor # : 6 <br> Bushwick Metal, Inc. <br> 560 North Washington Avenue <br> Bridgeport CT 06604 | | | 2009 | | | | $ 3,672.22 |
| Account No: <br> Creditor # : 7 <br> Dependabel Glass Works, Inc. <br> 509 East Gibson Street <br> P.O. Box 550 <br> Covington LA 70434 | | | 2004 | | | | $ 12,987.38 |
| Account No: <br> Creditor # : 8 <br> Design Maintenance of CT, LLC <br> P.O. Box 1417 <br> New Milford CT 06776 | | | 2009 | | | | $ 3,486.55 |
| Account No:   653R <br> Creditor # : 9 <br> Equip Corporation <br> 40 Sullivan Road <br> New Milford CT 06776 | | | 2009-2010 | | | | $ 368.85 |
| Account No:   7530 <br> Creditor # : 10 <br> Exponent, Inc. <br> P.O. Box 200283 <br> Dept. 002 <br> Dallas TX 75320-0283 | | | 2006 | | | | $ 11,881.77 |

Sheet No.  _1_  of  _5_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 439,285.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re _J. Frederick Construction Inc._____ ,   Case No._____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4116 <br> Creditor # : 11 <br> Fastenal Co. <br> 10 Federal Road <br> Danbury CT 06810 | | | 2009 | | | | $ 9,868.25 |
| Account No:   4116 <br><br> Representing: <br> Fastenal Co. | | | Fastenal Co. <br> P.O. Box 1286 <br> Winona MN 55987 | | | | |
| Account No:   5424 <br> Creditor # : 12 <br> Ford Credit <br> P.O. BOx 94380 <br> Palatine IL 60094-4380 | | | 2006 Ford F150 | | | | $ 6,435.57 |
| Account No:   7294 <br> Creditor # : 13 <br> Ford Credit <br> P.O. Box 94380 <br> Palatine IL 60094-4380 | | | 2008 Ford F250 Truck | | | | $ 19,517.83 |
| Account No:   5698 <br> Creditor # : 14 <br> Ford Credit <br> P.O. BOx 94380 <br> Palatine IL 60094-4380 | | | 2008 Ford F450 Truck | | | | $ 19,748.19 |
| Account No:   5997 <br> Creditor # : 15 <br> Ford Credit <br> P.O. BOx 94380 <br> Palatine IL 60094-4380 | | | 2008 Ford Taurus Wagon | | | | $ 20,992.47 |

Sheet No.   2   of   5   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 76,562.31

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _J. Frederick Construction Inc._____ ,   Case No. _____
      **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0502<br>Creditor # : 16<br>Hadco Trade Metal, Inc.<br>104-20 Merrick Blvd.<br>Jamaica NY 11433-1704 | | | 2008 | | | X | $ 28,345.06 |
| Account No:   1497<br>Creditor # : 17<br>IKG Industries Harsco Corp<br>1423 Wadsworth<br>Houston TX 77015 | | | 2008 | | | X | $ 1,575.00 |
| Account No:   7071<br>Creditor # : 18<br>Lewis Copper & Brass Co.<br>69-60 79th Street<br>P.O. Box 67<br>Middle Village NY 11379 | | | | | | | $ 22,323.75 |
| Account No:<br>Creditor # : 19<br>Mariano Brothers Specialty Mov<br>5 Paul Street<br>Bethel CT 06801 | | | 2009 | | | X | $ 44,278.20 |
| Account No:<br>Representing:<br>Mariano Brothers Specialty Mov | | | Christopher G. Winans, Esq.<br>100 Mill Plain Road, 4th Floor<br>Danbury CT 06811 | | | | |
| Account No:   4366<br>Creditor # : 20<br>Nelson Stud Welding Co.<br>7900 West Ridge Road<br>P.O. Box 4019<br>Elyria OH 44036-2019 | | | 2008 | | | X | $ 1,095.07 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 97,617.08

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _J. Frederick Construction Inc._____ ,    Case No. _____
                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  |  |  | 2008 |  |  | X | $ 5,000.00 |
| Creditor # : 21 Oflynn Carpentry, Inc. 119 Hilltop Acres Yonkers NY 10704 |  |  |  |  |  |  |  |
| Account No:   1936 |  |  |  |  |  |  | $ 5,581.31 |
| Creditor # : 22 Pristiage Restoration & Maint 37-27 9th Street Long Island City NY 11101 |  |  |  |  |  |  |  |
| Account No:   2903 |  |  | 2008 |  |  | X | $ 4,575.00 |
| Creditor # : 23 RK Machinery 20 Wheeler Street Bedford QC J0J1A0 |  |  |  |  |  |  |  |
| Account No:  |  |  | 2005 |  |  | X | $ 5,275.00 |
| Creditor # : 24 Seal Reinforced Fiberglass Inc 19 Bethpage Road Copiague NY 11726 |  |  |  |  |  |  |  |
| Account No:  |  |  | 2005-2007 |  |  | X | $ 9,739.00 |
| Creditor # : 25 Sullivan Logistics 20 Church Hill Road #2 Newtown CT 06470 |  |  |  |  |  |  |  |
| Account No:  |  |  |  |  |  |  | $ 248,171.04 |
| Creditor # : 26 The Chapin & Bangs Co. 165 River Street P.O. Box 1117 Bridgeport CT 06601-1117 |  |  |  |  |  |  |  |

Sheet No.   4   of    5   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal $      $ 278,341.35
                                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _J. Frederick Construction Inc._____ ,          Case No._____
          **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6074<br>Creditor # : 27<br>Travelers Insurance<br>CL Remittance  Center<br>Hartford CT 06183-1008 | | | 2009 | | | X | $ 8,982.00 |
| Account No:   9732<br>Creditor # : 28<br>Tri Lift, Inc.<br>P.O. Box 120247<br>East Haven CT 06512 | | | 6/09 | | | | $ 5,321.26 |
| Account No:   3021<br>Creditor # : 29<br>UPS Freight<br>P.O. Box 1216<br>Richmond VA 23218-1216 | | | 2008 | | | X | $ 2,052.92 |
| Account No:<br>Creditor # : 30<br>Westrock Development, LLC<br>656 Central Park Avenue<br>Yonkers NY 10704 | | | | | | | $ 49,097.97 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   5   of   5   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 65,454.15

Total $          $ 992,784.14

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _J. Frederick Construction Inc._ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Ford Credit_<br>_P.O. BOx 94380_<br>_Palatine IL  60094-4380_ | Contract Type: _Auto lease_<br>Terms: _Monthly_<br>Beginning date:<br>Debtor's Interest:<br>Description: _2008 Ford Taurus Wagon_<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re **J. Frederick Construction Inc.**                                              / Debtor          Case No. _____

                                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **J. Frederick Construction Inc.** _____ ,    Case No. _____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance |  | |
|    (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
|    (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME      (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    *Not Applicable*

B6J(Official Form 6J)(12/07)

**In re** J. Frederick Construction Inc. _____ ,        **Case No.** _____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?    Yes ☐   No ☐ | | |
|     b. Is property insurance included?   Yes ☐   No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 0.00 |
|     d. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 0.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 0.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 0.00 |
|     b. Average monthly expenses from Line 18 above | $ | 0.00 |
|     c. Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *J. Frederick Construction Inc., a   Corporation*

Case No.

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's   liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $         0.00 | | |
| B-Personal Property | *Yes* | *3* | $    139,310.90 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    283,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $         0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *6* | | $    992,784.14 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $         0.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $         0.00 |
| TOTAL | | 16 | $    139,310.90 | $  1,275,784.14 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re  *J. Frederick Construction Inc., a  Corporation*                    Case No.

                                                                            Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *J. Frederick Construction Inc., a   Corporation*                          Case No. _____
                          Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Yvonne Hermina Biebel*        , *President*              of the *Corporation*              
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    *17*    sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: *2/8/2010*                              Signature  */s/ Yvonne Hermina Biebel*                          
                                              Name: *Yvonne Hermina Biebel*
                                              Title: *President*


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**

In re

_____    Case No. _____ ____
                                              Chapter
                  Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy,
    or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of
    or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.............................$ _____
    Prior to the filing of this statement I have received .................$ _____
    Balance Due .........................................................................$ _____

2.  A filing fee in the amount of $ _____ has been paid.

3.  The source of the compensation paid to me was:
    Debtor     Other (specify)

4.  The source of compensation to be paid to me is:
    Debtor     Other (specify)

5.  I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    I have agreed to share the above-disclosed compensation with a person or persons who are not members
    or associates of my law firm. A copy of the agreement, together with a list of the names of the people
    sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service(s):

---

### CERTIFICATION


_____    _____
Date

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re *J. Frederick Construction Inc.,*
*a  Corporation*                                              Case No.

                                                             Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *James M. Nugent*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true

and correct to the best of our knowledge.

Date: _____                    */s/ Yvonne Hermina Biebel*
                                               _____
                                               Debtor

Airgas East
27 North Western Drive
Salem, NH  03079


Archer Engineering Co.
40 Laurel Hill Road
Brookfield, CT  06804


AT&T
P.O. Box 8110
Aurora, IL  60507-8110


Big Show Construction
231 West 29th Street #504
New York, NY  10001


Bushwick Metal, Inc.
560 North Washington Avenue
Bridgeport, CT  06604


Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT  06811


Dependabel Glass Works, Inc.
509 East Gibson Street
P.O. Box 550
Covington, LA  70434


Design Maintenance of CT, LLC
P.O. Box 1417
New Milford, CT  06776


Equip Corporation
40 Sullivan Road
New Milford, CT  06776


Exponent, Inc.
P.O. Box 200283
Dept. 002
Dallas, TX  75320-0283


Fastenal Co.
P.O. Box 1286
Winona, MN  55987


Fastenal Co.
10 Federal Road
Danbury, CT  06810


Ford Credit
P.O. BOx 94380
Palatine, IL  60094-4380


Hadco Trade Metal, Inc.
104-20 Merrick Blvd.
Jamaica, NY  11433-1704

IKG Industries Harsco Corp
1423 Wadsworth
Houston, TX  77015

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

Lewis Copper & Brass Co.
69-60 79th Street
P.O. Box 67
Middle Village, NY  11379

Mariano Brothers Specialty Mov
5 Paul Street
Bethel, CT  06801

Mariano Brothers Specialty Mov
5 Paul Street
Brookfield, CT  06804

Nelson Stud Welding Co.
7900 West Ridge Road
P.O. Box 4019
Elyria, OH  44036-2019

Oflynn Carpentry, Inc.
119 Hilltop Acres
Yonkers, NY  10704

Penn Stainless Products, Inc.
190 Kelly Road
Quakertown, PA  18951

Pristiage Restoration & Maint
37-27 9th Street
Long Island City, NY  11101

RK Machinery
20 Wheeler Street
Bedford, QC  J0J1A0

Seal Reinforced Fiberglass Inc
19 Bethpage Road
Copiague, NY  11726

Sullivan Logistics
20 Church Hill Road #2
Newtown, CT  06470

The Chapin & Bangs Co.
165 River Street
P.O. Box 1117
Bridgeport, CT  06601-1117

Travelers Insurance
CL Remittance  Center
Hartford, CT  06183-1008

```
Tri Lift, Inc.
P.O. Box 120247
East Haven, CT  06512

UPS Freight
P.O. Box 1216
Richmond, VA  23218-1216

Westrock Development, LLC
656 Central Park Avenue
Yonkers, NY  10704

Yvonne Hermina Biebel
28 Pumpkin Hill Lane
New Milford, CT  06776
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

Case No. _____
Chapter _____

Debtor
_____/

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

**The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name: _____
Address:_____

Name:_____
Address:_____

**(For additional names, attach an addendum to this form)**

**There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____

_____
Signature of Authorized Individual
For Corporation Debtor

_____
Print Name

_____
Title