# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Case No.: 10-50273 (ahws) |
| J Frederick Construction Co. Inc. | : | Chapter 11 |
| Debtor | : | February 11, 2010 |

## APPLICATION TO EMPLOY ACCOUNTANT

Pursuant to Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules of Bankruptcy Procedure, the Debtor in the above entitled action respectfully represent the following:

1. They filed for relief under Chapter 11 of the Bankruptcy Code on **February 8, 2010.**

2. Debtor desires to employ Michael Jelormine, C.P.A., of Capossela & Cohen, LLC, 368 Center Street, Southport, Connecticut as accountant. The Debtor needs to employ this firm to perform accounting services, preparation of tax returns, bank reconciliations and other related accounting work. This firm is not being retained for any other purpose.

3. Said fee will be paid from Debtor's' post petition earnings to be capped at $15,000.00.

4. The employment of Michael Jelormine, C.P.A., shall be effective as of the date of filing.

5.   Michael Jelormine, C.P.A. does not hold any interest adverse to the estate and is a disinterested party within the meaning of 11 U.S.C. §101(14) and they are duly qualified and licensed accountant in the State of Connecticut.

THE DEBTOR,

BY: _____
James M. Nugent ct08822
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06461
Tele. No. (203) 878-0661

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Case No.: 10-50273 (ahws) |
| J Frederick Construction Co. Inc . | : | Chapter 11 |
| Debtor | : | February 11, 2010 |

## ORDER AUTHORIZING APPOINTMENT OF ACCOUNTANT

Upon consideration of the application of the Debtor praying for authority to employ Michael Jelormine as accountant pursuant to the terms and conditions contained in said Application, and it appearing that said accountant is a disinterested person and represents no interest adverse to said Debtor or its estate in the matter upon which it is to be engaged, that its employment is necessary and would be in best interests of the estate, it is:

ORDERED that Debtor is hereby authorized to employ Michael Jelormine as accountant for this estate, in accordance with the terms and conditions as outlined in the Application for Authority To Employ and Appoint Accountant provided, however, that the maximum hourly rate shall not exceed $225.00, subject to periodic adjustments, approved as reasonable by the court upon application for compensation pursuant to Bankruptcy Code §330(a) and §331, and the maximum amount of compensation shall be $15,000.00, and it is further

ORDERED, that the allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further order of

this court pursuant to Code §330(a) and §331 after notice and hearing upon proper Application, and it is further

By the Court,

Date:_____    _____

No Objection
U.S. Trustee

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Case No.: 10-50273 (ahws) |
| J Frederick Construction Co. Inc. | : | Chapter 11 |
| Debtor | : | |

**AFFIDAVIT OF PROPOSED ACCOUNTANT IN SUPPORT OF**
**APPLICATION TO EMPLOY MICHAEL JELORMINE, C.P.A.**

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : SS: |
| COUNTY OF FAIRFIELD | : |

I, Michael Jelormine, hereby depose and say:

1. I am a licensed accountant in the State of Connecticut with the company of Capossela & Cohen, LLC, having an address of 368 Center Street, Southport, Connecticut.

2. This Affidavit is submitted in connection with Debtor's Application to Employ Accountant.

3. I am a professional and well established accountant in the Fairfield County area.

4. The nature of the services that Michael Jelormine, C.P.A. proposes to render consist of performing accounting services, preparation of tax returns, bank reconciliations and other related accounting work. This firm is not being retained for any other purpose.

5. Compensation sought for these services will not exceed $15,000.00. The hourly rate for this work is $225.00.

6. There is no agreement between Michael Jelormine, C.P.A. and any other

person for sharing of compensation that he is to receive for services rendered in this case.

7. Michael Jelormine, C.P.A. does not have any connection with the debtor, the creditors, or any other party in interest of their attorneys or accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee.

8. I do not hold a pre-petition claim against the Debtor and I hold no interest adverse to the Debtor.

_____
Michael Jelormine

Sworn and subscribed to before me on this 12th of February, 2010.

_____
Thomas Turiano
Notary Public
Commission expires: 12/31/2014

2